AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED
18 U.S.C. § 1001 - False Statements

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

**DEFENDANT - U.S.**
► IQBAL SHAIKH, A/K/A SHAHID HAMID KHAN

**DISTRICT COURT NUMBER**
CR 07 0547 CRB

**PENALTY:**
Maximum Prison Term: 5 years
Maximum Fine: $250,000
Maximum Term of Supervised Release: 3 Years
Special Assessment: $100

FILED
AUG 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### PROCEEDING
Name of Complainant Agency, or Person (&Title, if any)
Customs and Border Patrol, Department of Homeland Security

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

MAGISTRATE CASE NO.

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ►   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►   Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) WENDY THOMAS

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
AUG 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

IQBAL SHAIKH, A/K/A SHAHID HAMID KHAN

E-filing

CRB

# CR 07 0547

DEFENDANT.

## INDICTMENT

Title 18 U.S.C. § 1001 - False Statements

---

A true bill.

_____ Foreman

Filed in open court this 21st day of
August 2007

_____ KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JU[DGE]

Bail, $ no bail and warrant

normal
proceed

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED

AUG 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CRB

CR 07 0547

| UNITED STATES OF AMERICA, | ) | No. |
|---|---|---|
| Plaintiff, | ) | VIOLATION: Title 18 U.S.C. § 1001 – False Statements |
| v. | ) | |
| IQBAL SHAIKH, a/k/a Shahid Hamid Khan, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about October 9, 2003, in the Northern District of California, the defendant,

IQBAL SHAIKH,
a/k/a Shahid Hamid Khan,

in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement, to wit: applying for asylum in the name of Shahid Hamid Khan, when he knew that, in

//

//

//

INDICTMENT

1 | fact, his name was Iqbal Shaikh, in violation of Title 18, United States Code, Section 1001.

2

3 | DATED: August 21, 2007          A TRUE BILL.

4

5 | _____
   FOREPERSON

6 | SCOTT N. SCHOOLS
   United States Attorney

7

8 | _____
   IOANA PETROU

9 | Chief, Major Crimes Section

10

11 | (Approved as to form: _____ )
    WENDY THOMAS

12 | Special Assistant United States Attorney

13–28

INDICTMENT                    2