| DOCUMENTS UNDER SEAL ☐ | | | | DOCUMENT NUMBER: | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** <br> **MINUTE ORDER** | | DEPUTY CLERK <br> Karen L. Hom | | | REPORTER/FTR <br> FTR 9:41 to 9:45 | |
| MAGISTRATE JUDGE <br> JOSEPH C. SPERO | | DATE <br> August 23, 2007 | | NEW CASE <br> ☐ | CASE NUMBER <br> CR07-0547 CRB | |

### APPEARANCES

| DEFENDANT <br> Iqbal Shaikh | AGE | CUST <br> Y | P/NP <br> P | ATTORNEY FOR DEFENDANT <br> Elizabeth Falk, prov. appt. | PD. ☒ RET. ☐ <br> APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY <br> Allison Danner for Wendy Thomas | | INTERPRETER | | ☐ FIN. AFFT <br> SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER <br> Rich Sarlatte | | | DEF ELIGIBLE FOR ☒ <br> APPT'D COUNSEL | PARTIAL PAYMENT ☐ <br> OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| ☒ INITIAL APPEAR <br> time 1 M | ☐ PRELIM HRG <br> time | ☐ MOTION <br> time | ☐ JUGM'T & SENTG <br> time | ☐ STATUS <br> time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL <br> time | ☒ ARRAIGNMENT <br> time 4 M | ☐ BOND SIGNING <br> time | ☐ IA REV PROB. or <br> S/R | ☐ BAIL REVIEW <br> time |
| ☐ DETENTION HRG <br> time | ☐ ID/REMOVAL HRG <br> time | ☐ CHANGE PLEA <br> time | ☐ PROB. REVOC. <br> time | ☐ SUP REL HRG <br> time |

FILED
AUG 2 3 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### INITIAL APPEARANCE

| ☒ ADVISED <br> OF RIGHTS | ☒ ADVISED <br> OF CHARGES | ☐ NAME AS CHARGED <br> IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON <br> INFORMATION | ☒ ARRAIGNED ON <br> INDICTMENT | ☒ READING WAIVED <br> SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED <br> ON O/R | ☐ ISSUED <br> APPEARANCE BOND | AMT OF SECURITY <br> $ | SPECIAL NOTES | ☐ PASSPORT <br> SURRENDERED <br> DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED <br> ☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☒ MOTION <br> FOR <br> DETENTION | ☐ PRETRIAL <br> SERVICES <br> REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING <br> AND FORMAL FINDINGS <br> WAIVED | ☒ REMANDED <br> TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT <br> ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE <br> REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT <br> FILED | OTHER: |

### CONTINUANCE

| TO: <br> 08/28/07 | ☐ I.D. COUNSEL | ☐ BOND <br> SIGNING | ☐ STATUS RE: <br> CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT: <br> 9:30 AM | ☒ SUBMIT FINAN. <br> AFFIDAVIT | ☐ PRELIMINARY <br> HEARING OR | ☐ CHANGE OF <br> PLEA | ☐ BAIL REVIEW |
| BEFORE HON. <br> Judge Spero | ☒ DETENTION <br> HEARING | ARRAIGN-<br>MENT | ☐ MOTIONS | ☐ JUDGMENT & <br> SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE <br> UNDER 18 § USC <br> 3161 | ☐ IDENTITY/ <br> REMOVAL | ☐ PRETRIAL <br> CONFERENCE | ☐ PROB/SUP.REL. <br> REV. HEARING |

### ADDITIONAL PROCEEDINGS

Dft also ordered to appear on 8/29/7 at 9:30 AM before Judge Breyer for Status/Trial Setting. Dft is subject to an ICE Detainer.

KLH, JCS, BE, LS