| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER**<br>Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **August 29, 2007**

Reporter**: Sahar McVickar**

| | |
|---|---|
| **Case No: CR-07-0547-CRB** | **DEFT:  IQBAL SHAIKH**<br>(X)Present |
| AUSA:  Wendy Thomas | DEF ATTY:  Elizabeth Falk |

**REASON FOR HEARING**     Status Conference

**RESULT**   The Court reassigns this matter to Magistrate Judge Joseph C. Spero for change of plea and sentencing on the newly filed misdemeanor superseding indictment.

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ **for** _____

**JUDGMENT** _____

Notes:   Remanded to custody