AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*[Filed stamp: 07 AUG 29 AM 11:03, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, N. DIST. OF CALIFORNIA]*

**OFFENSE CHARGED**

18 U.S.C. § 1028(a)(4) - Possession of an Identification Document with Intent to Defraud the United States

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**

▶ IQBAL SHAIKH, A/K/A SHAHID HAMID KHAN

**DISTRICT COURT NUMBER**
CR 07 0547 CRB

**PENALTY:**
Maximum Prison Term: 1 years
Maximum Fine: $100,000
Maximum Term of Supervised Release: 1 Year
Special Assessment: $25

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Customs and Border Patrol, Department of Homeland Security

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM — **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) **WENDY THOMAS**

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☑ Yes  ☐ No   } If "Yes" give date filed  8/21/2007

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION
12
13 | UNITED STATES OF AMERICA,           ) No. CR 07 0547 CRB
                                         )
14 |     Plaintiff,                      ) VIOLATION: Title 18, United States Code,
                                         ) Section 1028(a)(4) – Possession of an
15 |     v.                              ) Identification Document with Intent to
                                         ) Defraud the United States (Class A
16 | IQBAL SHAIKH,                       ) Misdemeanor)
   | a/k/a Shahid Hamid Khan,            )
17                                       )
   |     Defendant.                      ) SAN FRANCISCO VENUE
18 |_____)
19
20                  SUPERSEDING INFORMATION
21  The United States Attorney charges:
22      On or about October 9, 2003, in the Northern District of California, the defendant,
23                         IQBAL SHAIKH,
                        a/k/a Shahid Hamid Khan,
24
    knowingly possessed an identification document, authentication feature, or false identification
25
    document, that was not an identification document issued lawfully for her use, to wit: an Indian
26
    birth certificate, numbered 457428, with the intent that such document or feature be used to
27
    //
28
    //

SUPERSEDING INFORMATION                Page 1 of 2

1  defraud the United States, in violation of Title 18, United States Code, Section 1028(a)(4), a
2  Class A Misdemeanor.
3
4  DATED: 8/29/07                           SCOTT N. SCHOOLS
                                            United States Attorney
5
6
7                                           GREGG W. LOWDER
                                            Deputy Chief, Major Crimes Section
8
9  (Approved as to form: _____ )
                           WENDY THOMAS
10                         Special Assistant United States Attorney