**United States District Court**
For the Northern District of California

1
2
3
4                          IN THE UNITED STATES DISTRICT COURT
5                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
6   UNITED STATES OF AMERICA,                    No. CR 07-00547-1 JCS
7                  Plaintiff,                     **SEALING ORDER PURSUANT TO**
                                                 **GENERAL ORDER 54**
8          v.
9   IQBAL SHAIKH,
10                 Defendant.
                                            /
11
12          The following documents in this action are placed under seal and shall not be opened except
13   by the United States Sentencing Commission for its eyes only and shall not be transmitted or
14   otherwise opened except by order of this court upon application.
15          ☐      Presentence Report
16          ☐      Plea Agreement
17          ☒      Statement of Reasons
18          ☐      _____
                   (Other)
19
20   **IT IS SO ORDERED.**
21
22   Dated:  August 31, 2007                      _____
                                                 Joseph C. Spero
23                                               UNITED STATES MAG  JUDGE
24
25
26
27
28