## [PROPOSED] ORDER

For the aforementioned reasons, it is hereby **ORDERED** that Mr. IQBAL SHAIKH be released from federal custody forthwith today, September 4, 2007.

**IT IS SO ORDERED**

DATED:_____         THE HONORABLE JOSEPH C. SPERO
                                    UNITED STATES MAGISTRATE JUDGE