BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for IQBAL SHAIKH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0547 CRB |
| Plaintiff, | **MOTION AND [PROPOSED] ORDER FOR RELEASE FROM CUSTODY** |
| v. | |
| IQBAL SHAIKH, | Hearing: August 30, 2007 |
| Defendant | Time: 9:30 a.m. |
| | Magistrate Judge Joseph C. Spero |

On August 30, 2007, Mr. Iqbal Shaikh was sentenced to one year of unsupervised court probation, with no further custody time ordered by this Court. Mr. Shaikh now moves this Court to order his release from federal custody forthwith.

Dated: September 4, 2007

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

ELIZABETH M. FALK
Assistant Public Defender

ORDER FOR RELEASE
No. CR 3-05-547 CRB

## [PROPOSED] ORDER

For the aforementioned reasons, it is hereby **ORDERED** that Mr. IQBAL SHAIKH be released from federal custody forthwith today, September 4, 2007.

**IT IS SO ORDERED**

DATED:_____          THE HONORABLE JOSEPH C. SPERO
                                     UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER FOR RELEASE
No. CR 3-05-547 CRB                                                                                                                    1