| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | ELIZABETH M. FALK |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| 5 | Counsel for IQBAL SHAIKH |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | JCS |
| | ) | No. CR-07-0547 ~~CRB~~ |
| Plaintiff, | ) | |
| | ) | **MOTION AND [~~PROPOSED~~]** |
| v. | ) | **ORDER FOR RELEASE FROM** |
| | ) | **CUSTODY** |
| IQBAL SHAIKH, | ) | |
| | ) | Hearing:   August 30, 2007 |
| Defendant | ) | Time:        9:30 a.m. |
| | ) | |
| | ) | Magistrate Judge Joseph C. Spero |

On August 30, 2007, Mr. Iqbal Shaikh was sentenced to one year of unsupervised court probation, with no further custody time ordered by this Court. Mr. Shaikh now moves this Court to order his release from federal custody forthwith.

Dated:        September 4, 2007

                                                            Respectfully submitted,

                                                            BARRY J. PORTMAN
                                                            Federal Public Defender

                                                                     /S/

                                                            ELIZABETH M. FALK
                                                            Assistant Public Defender

1

2 **[~~PROPOSED~~] ORDER**

3

4     For the aforementioned reasons, it is hereby **ORDERED** that Mr. IQBAL SHAIKH be released

5 from federal custody forthwith today, September 4, 2007.

6

**IT IS SO ORDERED**

7

8 DATED: ___September 4, 2007___        THE HONORABLE           
                                        UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER FOR RELEASE
No. CR 3-05-547 CRB                                                                    2