09/05/2007 04:20 PM EDT

Version 7.0

## Case Debt Type Payment Report
## U.S. Courts

San Francisco

Case No. DCAN307CR000547    US V IQBAL SHAIKH

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | IQBAL SHAIKH | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611009932 | 0 | PR | 1,000.00 | 08/30/2007 |
| 001 | IQBAL SHAIKH | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611009932 | 0 | PR | 25.00 | 08/30/2007 |
| | | | | | | | Division Payment Total | | 1,025.00 | |
| | | | | | | | Grand Total | | 1,025.00 | |

$ 25.00 SPECIAL ASSESSMENT
PAID IN FULL on 8-30-07

$1000.00 FINE PAID IN FULL on 8-30-07

Page 1 of 1